[This opinion has been published in *Ohio Official Reports* at 74 Ohio St.3d 1283.]

WILLIAMS ET AL., APPELLANTS, *v*. GRANGE MUTUAL CASUALTY COMPANY, APPELLEE, ET AL.

[Cite as *Williams v. Grange Mut. Cas. Co*., 1996-Ohio-278.]

*Appeal dismissed as improvidently allowed.*

(No. 94-1501—Submitted November 7, 1995—Decided January 31, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 93APE12-1735.

————————————

*Scott E. Smith Co., L.P.A.,* and *Scott E. Smith,* for appellants.

*Lane, Alton & Horst, Rick E. Marsh* and *William Scott Lavelle* for appellee.

————————————

{¶ 1} The appeal is dismissed, *sua sponte*, as having been improvidently allowed.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

————————————

**COOK, J., dissenting.**

{¶ 2} I would affirm the judgment of the court of appeals.

MOYER, C.J., and WRIGHT, J., concur in the foregoing dissenting opinion.

————————————